In the Matter of the Application of the BOARD OF SUPERVISORS OF ROCK-
LAND COUNTY, Relative to Acquiring Title, etc., for Highway Purposes, etc.
State Highway No. 5389.— Motion denied, on condition that appellant
perfect the appeal, place the case on the calendar for January, 1918, and
be ready for argument when reached; otherwise, motion granted, with
ten dollars costs.    Present — Thomas, Stapleton, Mills, Rich and Black-
mar, JJ.

In the Matter of the Application of JOHN M. BROWN to Lay Out a High-
way in the Town of Brookhaven, etc.— Motion granted, without costs.
Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to
Acquiring Title, etc., West Thirty-seventh Street, from Bulkhead Line of
Gravesend Bay to Mean High Water Line, etc., Borough of Brooklyn.—
Motion granted, without costs.    Present — Thomas, Stapleton, Mills, Rich
and Blackmar, JJ.

In the Matter of the Settlement of the Account of CYRUS M. CRUM,
as Sole Surviving Executor, etc., of JOHN W. SCHULER, Deceased, etc.—
Motion denied, without costs.    Present — Thomas, Stapleton, Mills,
Rich and Blackmar, JJ.

In the Matter of the Application of FREDERICK W. DE FOE for Admission
to the Bar.— Application granted.    Present — Thomas, Stapleton, Mills,
Rich and Blackmar, JJ.

IRENE KLEIN, an Infant, etc., Respondent, v. MANHATTAN STEAM
BAKERY, INC., and Another, Appellants.— Motion for reargument granted,
and case set down for Wednesday, December 5, 1917.    Present — Jenks,
P. J., Mills, Rich, Putnam and Blackmar, JJ.

ALEXANDER KLEIN, Respondent, v. MANHATTAN STEAM BAKERY, INC.,
and Another, Appellants.— Motion for reargument granted, and case set
down for Wednesday, December 5, 1917.    Present — Jenks, P. J., Mills,
Rich, Putnam and Blackmar, JJ.

LILLIAN SMITH LEWIS and Others, Appellants, v. DAVID F. BUTCHER
and Others, Respondents.    (Action No. 1.) — Motion denied, without costs.
Present — Thomas, Stapleton, Mills and Rich, JJ.

LILLIAN SMITH LEWIS and Others, Appellants, v. DAVID F. BUTCHER
and Others, Respondents.    (Action No. 2.) — Motion denied, without
costs.    Present — Thomas, Stapleton, Mills and Rich, JJ.

WILLIAM F. MARKS and Another, Appellants, v. JAMES BENNETT, Indi-
vidually, etc., and Others, Respondents.— Motion granted, with ten dollars
costs.    Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

ELIZABETH MARTIN, as Administratrix, etc., Respondent, v. SAMUEL A.
HERZOG, Appellant, Impleaded with FRANCES HERZOG, Defendant.—
Motion granted.    Present — Thomas, Stapleton, Mills, Rich and Black-
mar, JJ.    Order to be settled before Mr. Justice Thomas.

HENRY OLIGSCHLAGER, Appellant, v. WILLIAM F. CONNELL, Respondent.
— Motion denied.    Present — Thomas, Stapleton, Mills, Rich and Black-
mar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CERULLI,